# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA
# PALM BEACH DIVISION

LINA TELUSNOR,

    Plaintiffs

                              CASE NO. 23-cv-80211-AMC

v.

FLANIGAN'S SEAFOOD
BAR AND GRILL,

    Defendant.
_____/

## DISCLOSURE STATEMENT PURSUANT
## TO FEDERAL RULE OF CIVIL PROCEDURE 7.1

Pursuant to Federal Rule of Civil Procedure 7.1, LINA TELUSNOR, makes the following disclosure(s).

1. If the filer is a nongovernmental corporate party or a nongovernmental corporation that seeks to intervene, identify any parent corporation and any publicly held corporation owning 10% or more of its stock or state there is no such corporation:

   **None.**

2. If this is an action in which jurisdiction is based on diversity under 28 U.S.C. § 1332(a), name and identify the citizenship of every individual or entity whose citizenship is attributed to the filing party or intervenor:

**None.**

3. Identify each person—including each lawyer, association, firm, partnership, corporation, limited liability company, subsidiary, conglomerate, affiliate, member, and other identifiable and related legal entity—that has or might have an interest in the outcome:

    a. **Flanigan's Seafood Bar and Grill (Defendant);**
    b. **Lina Telusnor (Plaintiff);**
    c. **Gil Sanchez, Esq. (Counsel for Plaintiff);**
    d. **Black Rock Trial Lawyers (Law Firm for Plaintiff);**
    e. **Any and all persons listed by Defendants in their Initial Disclosures.**

4. Identify each entity with publicly traded shares or debt potentially affected by the outcome:

    **None.**

5. Identify each additional entity likely to actively participate, including in a bankruptcy proceeding the debtor and each member of the creditors' committee:

    **None.**

6. Identify each person arguably eligible for restitution:

    **Plaintiffs, Lina Telusnor.**

☒   I certify that, except as disclosed, I am unaware of an actual or potential conflict of interest affecting the district judge or the magistrate judge in this action, and I will immediately notify the judge in writing within fourteen days after I know of a conflict.

February 10, 2023

BLACK ROCK TRIAL LAWYERS, PLLC

By: /s/ Gilberto Sanchez, Esq.
Gil Sanchez, Esq.
Counsel for Plaintiff
Florida Bar Number: 735981
201 S. Westland Ave.
Tampa, Florida 33606
(813) 254-1777 Office
(813) 254-3999 Facsimile
gil@blackrocklaw.com
litigation@blackrocklaw.com