UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 23-cv-80211-AMC

LINA TELUSNOR,

    Plaintiff,

vs.

FLANIGAN'S SEAFOOD BAR AND GRILL,

    Defendant.
_____/

**CORRECTED ANSWER AND AFFIRMATIVE DEFENSES**

COMES NOW the Defendant, Flanigan's Seafood Bar and Grill, and files this Corrected Answer and Affirmative Defenses to correct the name of the attorney in the signature block and states:

**ANSWER**

1. Admitted that the Complaint purports to state a one-count Complaint for alleged violations of 42 U.S.C. 1981, the remainder of the allegations are denied.

2. Admitted that jurisdiction is proper in the U.S. District Courts, the remainder of the allegations are denied.

3. Admitted that venue is proper in the Southern District of Florida, the remainder of the allegations are denied.

4. Denied.

5. Defendant lacks knowledge of this allegation at this time, and therefore denied.

6. Defendant lacks knowledge of this allegation at this time, and therefore denied.

7. Defendant lacks knowledge of this allegation at this time, and therefore denied.

8. Defendant lacks knowledge of this allegation at this time, and therefore denied.

9. Defendant lacks knowledge of this allegation at this time, and therefore denied.

10. Defendant lacks knowledge of this allegation at this time, and therefore denied.

11. Defendant lacks knowledge of this allegation at this time, and therefore denied.

12. Defendant lacks knowledge of this allegation at this time, and therefore denied.

13. Defendant lacks knowledge of this allegation at this time, and therefore denied.

14. Defendant lacks knowledge of this allegation at this time, and therefore denied.

15. Defendant lacks knowledge of this allegation at this time, and therefore denied.

16. Defendant lacks knowledge of this allegation at this time, and therefore denied.

17. Defendant lacks knowledge of this allegation at this time, and therefore denied.

18. Defendant lacks knowledge of this allegation at this time, and therefore denied.

19. Defendant lacks knowledge of this allegation at this time, and therefore denied.

20. Defendant lacks knowledge of this allegation at this time, and therefore denied.

21. Defendant lacks knowledge of this allegation at this time, and therefore denied.

22. Defendant lacks knowledge of this allegation at this time, and therefore denied.

23. Denied.

24. Denied.

25. Denied.

26. Denied.

27. Denied.

28. Defendant lacks knowledge of this allegation at this time, and therefore denied.

29. Denied.

30. Denied.

31. Denied.

32. Denied.

33. Denied.

34. Denied.

35. Each allegation in the "Prayer for Relief," is also denied.

## REQUEST FOR TRIAL BY JURY

Defendant demands a trial by jury of all issues triable as of right.

## AFFIRMATIVE DEFENSES

Subject to, and without waiving, the above denials, Defendants allege the following further and separate affirmative defenses:

1. Plaintiff's Complaint fails to state a claim under 42 U.S.C. §1981.

2. Plaintiff cannot establish a cause of action because she was not treated in a disparate manner because of her race.

3. Without conceding that any inappropriate or illegal behavior occurred, any actions taken in regard to or affecting Plaintiff's were based on legitimate business concerns and are in no way related to Plaintiff's alleged membership in a protected class, her race, creed, color, or national origin.

4. Plaintiff's claim for damages is barred or limited to the extent she has failed to mitigate her damages.

5. Plaintiff's claim for relief must be set off and/or reduced by wages, compensation, pay, commissions, benefits, profits, and all other earnings or renumerations, regardless of form received by Plaintiff or which were earnable or receivable with reasonable diligence.

6. The damages claimed by Plaintiff are speculative and therefore, not recoverable.

7. Plaintiff acted in such a manner to cause all or part of her damages and therefore, her recovery, if any, should be barred or reduced accordingly.

8. Plaintiff sustained no injury or damage because of any action or inaction taken by the Defendant.

9. Defendant had legitimate, non-discriminatory reasons for all decisions taken with regard to Plaintiff.

10. Without conceding that any inappropriate or illegal behavior occurred, all decisions related to Plaintiff were performed or carried out in good faith, based upon reasonable grounds for believing that the conduct was not in violation of any federal or state statute.

11. Defendants maintain an anti-discrimination policy that is well known and widely disseminated to all employees, Plaintiff did not report any issues or make any complaints under this policy for the wrongdoing alleged in the Complaint.

12. Without conceding that any inappropriate or illegal behavior occurred, if Plaintiff can state a claim, Defendants reserve the right to rely upon a "mixed motives" defense because even if Plaintiff provides evidence that Defendant, in making any adverse decision, was motivated in part by an impermissible consideration, Defendant would have taken the same action(s) even in the absence of the impermissible consideration.

13. Without conceding that any inappropriate or illegal behavior occurred, Plaintiff's damages may be limited by the doctrine of after-acquired evidence.

14. Without conceding that any inappropriate or illegal behavior occurred, id Plaintiff has suffered injuries or emotional distress, Defendants is not liable for these injuries due to intervening and superseding causes.

WHEREFORE, having fully answered, Defendant, FLANIGAN'S SEAFOOD BAR AND GRILL, respectfully requests that this Court dismiss Plaintiff's Complaint and enter a judgment in its favor for costs, attorney's fees, and any other relief this Court deems just and proper.

**CERTIFICATE OF SERVICE**

      I HEREBY CERTIFY that on 3rd day of April, 2023, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF, I also certify that the foregoing document is being served this day on counsel of record in this action, Gilberto Sanchez, Esq., Attorney for Plaintiff, Blackrock Trial Lawyers, 201 S. Westland Avenue, Tampa, Fl 33606 (gil@blackrocklaw.coom; litigation@blackrocklaw.com).

ROBERTS & BASNUEVO, P.A.
Attorneys for Defendant
113 Almeria Avenue
Coral Gables, Fl 33134
Telephone: 305-442-1700
Fax: 305-442-2559
E-mail: roberts@robertspa.com
By: /s/: Javier A. Basnuevo
    JAVIER A. BASNUEVO, ESQ.
    Fla. Bar No.: 100509
    H. CLAY ROBERTS, ESQ.
    Fla. Bar No.: 262307